**Michael Edward FULCHER,
Petitioner–Appellant,**

v.

**D.A. BRAXTON, Warden, Department of Corrections Buckingham Correctional Center; Mark L. Early, Respondents–Appellees.**

No. 00–7726.

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2001.

Decided April 24, 2001.

Mary Burnett Hatch, Roanoke, VA, for appellant. Virginia Bidwell Theisen, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Michael Edward Fulcher seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the

**144**

reasoning of the district court. *See Fulcher v. Braxton,* No. CA–00–468 (W.D.Va. Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*